A CERTIFIED TRUE COPY
DEC - 8 2005
ATTEST
FOR THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
NOV 22 2005
FILED
CLERK'S OFFICE

**DOCKET NO. 1699**

M 05-1699 CRB

**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

FILED
DEC 1 3 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-6)**

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 121 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of California and assigned to Judge Breyer.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the order of September 6, 2005, ___F. Supp. 2d___ (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.
DEC - 8 2005
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

I hereby certify that the annexed instrument is a true and correct copy of the original on file in my office.
ATTEST:
RICHARD W. WIEKING
Clerk, U.S. District Court
Northern District of California
By: _____
Deputy Clerk
Date 4/28/06

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**          **CASE CAPTION**

**ALABAMA NORTHERN**
ALN  2   05-2115              Judy W. Lockridge v. Pfizer, Inc., et al.

**ARKANSAS WESTERN**
ARW  2   05-2151              Jack Myers v. Pfizer, Inc.
ARW  5   05-5172              Tim Schrader v. Pfizer, Inc.

**CALIFORNIA CENTRAL**
CAC  2   05-7824              Lilly Jaslowski, et al. v. Pfizer, Inc., et al.

**CALIFORNIA EASTERN**
CAE  2   05-2169              Richard Sanders v. Pfizer, Inc., et al.
CAE  2   05-2173              Fred Bunzel v. Pfizer, Inc., et al.
CAE  2   05-2178              Frank Johnson v. Pfizer, Inc., et al.
CAE  2   05-2179              Michael Pease v. Pfizer, Inc., et al.

**COLORADO**
CO   1   05-2123              Darick Nees, et al. v. Pfizer, Inc.

**KENTUCKY EASTERN**
~~KYE  5   05-442~~              ~~Mary Hedges, et al. v. Pfizer, Inc., et al.~~  Opposed 12/06/05
~~KYE  6   05-602~~              ~~Teresa Duff, et al. v. Pfizer, Inc., et al.~~   Opposed 12/05/05

**KENTUCKY WESTERN**
~~KYW  1   05-182~~              ~~Barry Jewell, et al. v. Pfizer, Inc., et al.~~   Opposed 12/06/05
KYW  3   05-683              Patricia Alvey v. Pfizer, Inc.
~~KYW  3   05-701~~              ~~Anna Matthews, et al. v. Pfizer, Inc.~~          Opposed 12/06/05
~~KYW  3   05-702~~              ~~William Johnson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/06/05
~~KYW  3   05-703~~              ~~Joseph Ruble v. Pfizer, Inc.~~                   Opposed 12/06/05
~~KYW  3   05-704~~              ~~Aileen Arnett, et al. v. Pfizer, Inc.~~          Opposed 12/06/05
~~KYW  3   05-705~~              ~~Janet Knowland, et al. v. Pfizer, Inc., et al.~~ Opposed 12/06/05
~~KYW  3   05-706~~              ~~Christen Summers, et al. v. Pfizer Inc., et al.~~ Opposed 12/06/05
~~KYW  3   05-708~~              ~~Edna Messinger, et al. v. Pfizer, Inc., et al.~~ Opposed 12/06/05
~~KYW  3   05-709~~              ~~Clyde H. Dodson, et al. v. Pfizer, Inc., et al.~~ Opposed 12/06/05

**LOUISIANA WESTERN**
LAW  5   05-1885             Dora Pea, etc. v. G.D. Searle & Co., et al.

**MISSOURI EASTERN**
MOE  4   05-2006             Raymond L. Sutton v. Monsanto Co., et al.

**MISSOURI WESTERN**
MOW  4   05-986              Barbara Coleman, etc. v. Pfizer, Inc.
MOW  4   05-1000             Edith Stubbs v. Pfizer, Inc., et al.
MOW  4   05-1013             L.E. Glenn v. G.D. Searle & Co., et al.
MOW  4   05-1051             Virginia D. Bowden v. G.D. Searle & Co., et al.
MOW  4   05-1064             Tiffany Perkey v. Monsanto Co., et al.
MOW  4   05-1065             Karen Kerens, et al. v. Monsanto Co., et al.
MOW  4   05-1066             Nafia Balsha, et al. v. G.D. Searle, LLC, et al.
MOW  4   05-1067             Benny Brookins, et al. v. G.D. Searle, LLC, et al.